Case 21-11447    Doc 14    Filed 01/06/22    Entered 01/06/22 23:14:58    Desc Imaged
Certificate of Notice    Page 1 of 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dilya Rafiqzade | Social Security number or ITIN  xxx–xx–8237 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Illinois | |
| Case number: | 21–11447 | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dilya Rafiqzade
fka Latipova Khosiyat

January 4, 2022                                    **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                                          United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:  
Dilya Rafiqzade  
    Debtor

Case No. 21-11447-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 04, 2022      Form ID: 318      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dilya Rafiqzade, 9213 Homestead Lane, Bridgeview, IL 60455-2211 |
| 29519587 | + | ARS National Services, Inc, PO Boox 1259, Oaks, PA 19456-1259 |
| 29519596 | + | Credit Control Services, PO Box 31179, Tampa, FL 33631-3179 |
| 29519602 | + | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 29519603 | + | NCB Management, PO Box 1099, Langhorne, PA 19047-6099 |
| 29519604 | + | Radius Global, PO Box 390846, Minneapolis, MN 55439-0846 |
| 29519605 | + | Rausch Sturm, 250 N Sunny Slope Rd Suite 300, Brookfield, WI 53005-4824 |
| 29519606 | + | Sunrise Credit Services, Inc, PO Box 9100, Farmingdale, NY 11735-9100 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FDRHERZOG.COM | Jan 05 2022 03:53:00 | David R Herzog, David Herzog, Chapter 7 Trustee, Law Offices of David R Herzog, 53 W Jackson Blvd, Ste 1442, Chicago, IL 60604-3536 |
| 29519584 | + | EDI: RMSC.COM | Jan 05 2022 03:53:00 | Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 29519586 | + | EDI: AMEREXPR.COM | Jan 05 2022 03:53:00 | American Express, PO box 981537, El Paso, TX 79998-1537 |
| 29519585 | + | EDI: AMEREXPR.COM | Jan 05 2022 03:53:00 | American Express, Box 0001, Los Angeles, CA 90096-0001 |
| 29519589 | | EDI: BANKAMER.COM | Jan 05 2022 03:53:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 29519590 | + | EDI: BANKAMER.COM | Jan 05 2022 03:53:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 29519588 | + | EDI: BANKAMER.COM | Jan 05 2022 03:53:00 | Bank of America, PO Box 851001, Dallas, TX 75285-1001 |
| 29519591 | + | Email/Text: cms-bk@cms-collect.com | Jan 04 2022 22:51:00 | Capital Management, 698 1/2 S. Ogden Street, Buffalo, NY 14206-2317 |
| 29519594 | + | EDI: CITICORP.COM | Jan 05 2022 03:53:00 | Citibank, PO Box 653095, Dallas, TX 75265-3095 |
| 29519595 | + | EDI: CITICORP.COM | Jan 05 2022 03:53:00 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 29519599 | + | EDI: CITICORP.COM | Jan 05 2022 03:53:00 | Macys, PO Box 78008, Phoenix, AZ 85062 |
| 29519600 | + | EDI: CITICORP.COM | Jan 05 2022 03:53:00 | Macys, PO Box 9001094, Louisville, KY 40292 |
| 29519597 | + | EDI: FSAE.COM | Jan 05 2022 03:53:00 | First Source Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |

Case 21-11447 Doc 14 Filed 01/06/22 Entered 01/06/22 23:14:58 Desc Imaged
Certificate of Notice Page 4 of 4

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: 318 | Total Noticed: 25 |

| Recip ID | | | Date/Time | Recipient |
|---|---|---|---|---|
| 29519598 | + | EDI: FSAE.COM | Jan 05 2022 03:53:00 | FirstSource Advantage, PO Box 628, Buffalo, NY 14240-0628 |
| 29519593 | | EDI: JPMORGANCHASE | Jan 05 2022 03:53:00 | Chase, PO Box 15123, Wilmington, DE 19886 |
| 29519592 | | EDI: JPMORGANCHASE | Jan 05 2022 03:53:00 | Chase, PO Box 15153, Wilmington, DE 19886 |
| 29524376 | + | EDI: RMSC.COM | Jan 05 2022 03:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29519601 | ##+ | Monarch Recovery Mgmt, PO Box 21089, Philadelphia, PA 19114-0589 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022      Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christina Banyon | on behalf of Debtor 1 Dilya Rafiqzade cbanyon.law@gmail.com |
| David R Herzog | drh@dherzoglaw.com dherzoglaw@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3